[No. 39406-5-II.   Division Two.   December 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK STEVEN FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05183-0, Kitty-Ann van Doorninck, J., entered May 29, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 39466-9-II.   Division Two.   December 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN M. DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00175-1, F. Mark McCauley, J., entered June 22, 2009. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 39647-5-II.   Division Two.   December 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY J. PALERMO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00547-4, Nelson E. Hunt, James W. Lawler, and Richard L. Brosey, JJ., entered August 18, 2009. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 39684-0-II.   Division Two.   December 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J.S.H., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-8-00001-2, S. Brooke Taylor, J., entered August 10, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Worswick, A.C.J., and Armstrong, J.